Jonatan **RODRIGUEZ**, Defendant Below, Appellant,

v.

**STATE** of Delaware, Plaintiff Below, Appellee.

No. 547, 2015

Supreme Court of Delaware.

Submitted: June 10, 2016
Decided: August 29, 2016
Rehearing En Banc Denied September 13, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1112016434

AFFIRMED.

■

Gerald **AIKENS**, Defendant Below-Appellant,

v.

**STATE** of Delaware, Plaintiff Below-Appellee.

No. 63, 2016

Supreme Court of Delaware.

Submitted: June 20, 2016
Decided: August 29, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1501012505

AFFIRMED.